FILED
CLERK, U.S. DISTRICT COURT

SEP 16 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,          )    Case No.:  8:24-MJ-00430
12                         Plaintiff,   )
                                        )    ORDER OF DETENTION AFTER
13              vs.                     )    HEARING
                                        )    [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
14                                      )      § 3143(a)]
     Angela Dawn Honstain              )
15                         Defendant.   )
16
17        The defendant having been arrested in this District pursuant to a warrant issued
18   by the United States District Court for the ____S.D. Cal____,
19   for alleged violation(s) of the terms and conditions of his/her [probation] [supervised
20   release]; and
21        The Court having conducted a detention hearing pursuant to Federal Rule of
22   Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
23        The Court finds that:
24   A.   ☑ The defendant has not met his/her burden of establishing by clear and
25        convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §
26        3142(b) or (c).  This finding is based on  instant  allegations (absconding) ;
27        unknown  background  information ;  lack of  surety ;  use of
28        false  identification  and  names

1

2

3    and/or

4  B.    (✓) The defendant has not met his/her burden of establishing by clear and

5    convincing evidence that he/she is not likely to pose a danger to the safety of any

6    other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

7    finding is based on __criminal history ; new criminal__

8    __charges in 2022 and 2024__

9

10

11

12

13        IT THEREFORE IS ORDERED that the defendant be detained pending further

14  revocation proceedings.

15

16  DATED:    __9/16/2024__

        KAREN E. SCOTT
17        UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28